UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| **JONATHAN BISHOP** | : | Case No.: _____ |
| | : | |
| **VERSUS** | : | |
| | : | |
| **YORJAN PEREZ VALDES, Y AND E** | : | Judge:_____ |
| **ENERGY SERVICES, LLC, AND ALPINE** | : | |
| **TRANSPORTATION INSURANCE RISK** | : | |
| **RETENTION GROUP, LLC** | : | Magistrate:_____ |

**PETITION FOR REMOVAL TO FEDERAL COURT**

**NOW INTO COURT**, through undersigned counsel, come Petitioners in Removal, YORJAN PEREZ VALDES, Y & E ENERGY SERVICES, LLC, and ALPINE TRANSPORTATION INSURANCE RISK RETENTION GROUP, LLC (hereinafter sometimes referred to as "Petitioners") who respectfully submit the following:

**I. PROCEDURAL HISTORY**

1.

Petitioners were made defendants in the action entitled JONATHAN BISHOP V. YORJAN PEREZ VALDES, Y & E ENERGY SERVICES, LLC, and ALPINE TRANSPORTATION INSURANCE RISK RETENTION GROUP, LLC, designated Suit No. 173836, filed in the Twenty-First Judicial District Court of Louisiana in Livingston Parish.

2.

On or about June 3, 2021, YORJAN PEREZ VALDES was operating a vehicle under the authority of Y & E ENERGY SERVICES at the time of the accident in question.

The action was commenced on May 4, 2022, when JONATHAN BISHOP's *Petition for Damages for Personal Injuries* (the "Petition") was filed in the Twenty-First Judicial District Court of Louisiana. The Petition does not allege an amount in controversy (See *Exhibit A*).

3.

Petitioners filed their *Answer to Petition for Damages for Personal Injuries* (the "Answer") in the Twenty-First Judicial District Court on July 6, 2022 (See *Exhibit E*).

4.

On July 6, 2022, Petitioners propounded upon Jonathan Bishop through his attorney of record, Mr. Greg Murphy, *Request for Admission of Facts Propounded to Plaintiff*.

5.

On July 15, 2022, Jonathan Bishop, through his attorney of record, Mr. Greg Murphy, responded to the aforementioned *Request for Admission of Facts Propounded to Plaintiff* in *Plaintiff's Responses to Request for Admissions of Fact* (See *Exhibit J*).

## II. GROUNDS FOR REMOVAL

6.

Based on the foregoing, this Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and the matter is removed pursuant to U.S.C. § 1441 and § 1446. The amount in controversy claimed is in excess of $75,000 as admitted to in Plaintiff's response to Defendant's *Request for Admission of Facts Propounded to Plaintiff* as required by 28 U.S.C. § 1332. Removal of this matter is timely because this *Petition for*

*Removal to Federal Court* is being filed within 30 days from which date that the Petitioners received notice from Jonathan Bishop that the amount in controversy exceeds $75,000.00 and is within (1) year of the commencement of this action. 28 U.S.C. § 1446(b)(3).

## II. PROCEEDINGS IN STATE COURT

7.

Defendants have filed an answer in the State Court Proceeding.

8.

Removal is timely because it is being filed within 30 days from which date that the Petitioners received notice from Plaintiff, Jonathan Bishop, that the amount in controversy exceeds $75,000.00 and that this petition is being filed within one (1) year of May 4, 2022, which is the date of the commencement of the action, and therefore, is in compliance with 28 U.S.C. § 1446 (c)(1).

## II. CITIZENSHIP OF PARTIES

9.

Furthermore, this Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1332 on the basis that the alleged amount in controversy exceeds $75,000.00, and Jonathan Bishop is a citizen of the state of Louisiana while all Petitioners in Removal are citizens of states other than Louisiana.

a.   **Plaintiff is a Citizen of Louisiana.**

10.

Plaintiff, Jonathan Bishop, as set forth in his Petition, is a domiciliary of the State of Louisiana. He is therefore a citizen of Louisiana. (See Exhibit A, pg. 1)

b.  **Yorjan Perez Valdes is not a Citizen of Louisiana.**

11.

Defendant, Yorjan Perez Valdes is a domiciliary of the State of Texas. He is therefore a citizen of Texas (See *Exhibit A*; pg. 4).

c.  **Y & E Energy Services is not a citizen of Louisiana.**

12.

Defendant, Y & E energy services, LLC is a Texas corporation with its principal place of business in Odessa, Texas. It is therefore a citizen of Texas (See *Exhibit K*).

d.  **Alpine Transportation Insurance Risk Retention Group is not a citizen of Louisiana.**

13.

Defendant, Alpine Transportation Insurance Risk Retention Group, LLC is a Hawaii corporation with its principal place of business in Honolulu, Hawaii. It is therefore a citizen of Hawaii (See *Exhibit L*).

### IV. THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

14.

The amount in controversy requirement is satisfied in this matter as evident in Plaintiff's answers to the *Request for Admission of Facts Propounded to Plaintiff*, in which the Plaintiff admits that the total damages sustained by Plaintiff will exceed $75,000.01 (See *Exhibit C*; Response to Request for Admission No. 5).

## V. VENUE

15.

Without waiving Defendants' right to challenge, among other things, personal jurisdiction and/or venue by way of motion or otherwise, lies in the United States District Court for the Western District of Louisiana, pursuant to 28 U.S.C. §§ 1441(a), 1446(a) and 124(c)(6). This action originally brought in the 21st Judicial District Court, Parish of Livingston, Louisiana.

## VI. SERVICE OF PETITION FOR REMOVAL

16.

Notice of Removal has been filed in State Court.

17.

To the knowledge of the Petitioners in Removal, no additional process, pleadings, or orders have been filed in this action. There are no other defendants who must give approval for removal and no discovery has been obtained.

18.

On the same date as the filing of this *Petition for Removal to Federal Court*, written notice was duly mailed to Plaintiff's counsel of record, Mr. Greg Murphy with Gordan McKernan Injury Attorneys at 1234 Del Este Avenue, Suite 501, Denham Springs, LA 70726, and a copy of this *Petition for Removal to Federal Court* has been mailed to the Twenty-First Judicial District Court, Parish of Livingston, State of Louisiana for filing in Suit No. 173876.

19.

**WHEREFORE**, Petitioners in Removal, YORJAN PEREZ VALDES, Y & E ENERGY SERVICES, LLC, AND ALPINE TRANSPORTATION INSURANCE RISK RETENTION GROUP, LLC, pray that this action be removed from the Twenty-First Judicial District Court, Parish of Livingston, State of Louisiana to the United States District Court for the Middle District of Louisiana, Baton Rouge Division, pursuant to 28 U.S.C. § 1441, *et seq.*, because the United States District Court for the Middle District of Louisiana is the federal judicial district that embraces the Twenty-First Judicial District Court of the State of Louisiana wherein this action was originally filed.

FURTHER PRAY that Petitioners in Removal be granted a trial by jury as to all issues triable by jury.

Respectfully submitted,
PERKINS & ASSOCIATES, LLC

By: /s/ Mark A. Perkins
Mark A. Perkins, #18529
Adrian B. Stull, #36040
670 Albemarle Drive, Suite 1200
Shreveport, Louisiana 71106
Phone: (318) 222-2426
Fax: (318) 222-0458
perkins@perkinsfirm.com
stull@perkinsfirm.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic services are being served with a copy of the Court's CM/ECF system per Local Rule CV-5(a)(3) on this **15th** day of **August 2022**. Any other counsel of record will be served by other options which have been checked below:

/s/   Mark A. Perkins
Mark A. Perkins, #18529