UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| JONATHAN BISHOP | : | Case NO. _____ |
| | : | |
| VERSUS | : | |
| | : | |
| YORJAN PEREZ VALDES, Y AND E | : | Judge: _____ |
| ENERGY SERVICES, LLC, AND ALPINE | : | |
| TRANSPORTATION INSURANCE RISK | : | |
| RETENTION GROUP, LLC | : | Magistrate: _____ |

## NOTICE OF REMOVAL CERTIFICATION/INDEX OF STATE COURT PLEADINGS

The undersigned counsel for the Defendants, YORJAN PEREZ VALDES, Y & E ENERGY SERVICES, LLC, AND ALPINE TRANSPORTATION INSURANCE RISK RETENTION GROUP, LLC, hereby certifies, in conjunction with the removal of this action to this court from the 21st Judicial District Court, Livingston Parish, Louisiana, Suit No. 173876 the following to wit:

1.

A. Jonathan Bishop

Mr. Greg Murphy
Gordan Mckernan Injury Attorneys
1234 Del Este Avenue, Suite 501
Denham Springs, LA 70726
Telephone: (225)–888–8888
Facsimile: (226)–243–4226

B. Yorjan Perez Valdes
   Y & E Energy Services, LLC
   Alpine Transportation Insurance Risk
Retention Group, LLC

Mark A. Perkins
670 Albemarle Drive, Suite 1200
Shreveport, LA 71106
Telephone: (318)–222–2426
Facsimile: (318)–222–0458

2.

Copies of all pleading filed in the state court action removed to this court are attached as Exhibits "A-J" to the original *Petition for Removal to Federal Court* filed herein.

3.

The record of the state court proceedings that were removed to this court contains the following:

A. Petition for Damages for Personal Injuries filed on May 4, 2022;

B. Request for Written Notice of any Assignment and Written Notice of any Order or Judgement Made or Rendered;

C. Citation of Petition for Damages/Request for Written Notice of any Assignment and Written Notice of any Order or Judgement Made or Rendered;

D. Letter Granting a 30-day Extension in Answering Plaintiff's Petition for Damages received June 6, 2022;

E. Answer to Petition for Personal Injuries filed on July 6, 2022;

F. Demand for Jury Trial filed July 6, 2022;

F.1. Order (Demand for Jury Trial) unsigned filed July 6, 2022;

G. Request for Ten Days Notice of Setting and for Notice of Judgment filed on July 6, 2022;

H. Defendants' First Set of Requests For Admissions of Fact filed on July 6, 2022;

I. Civil Fax Filing Confirmation from the Livingston Parish Clerk of Court;

J. Plaintiff's Responses to Request for Admissions of Fact received July 15, 2022.

4.

The undersigned hereby certifies that the documents listed in Paragraph 3 constitute the entire state court record as it stands on August 15, 2022.

Respectfully submitted,
PERKINS & ASSOCIATES, LLC

By: /s/ Mark A. Perkins
Mark A. Perkins, #18529
Adrian B. Stull, #36040
670 Albemarle Drive, Suite 1200
Shreveport, Louisiana 71106
Phone: (318) 222-2426
Fax: (318) 222-0458
perkins@perkinsfirm.com
stull@perkinsfirm.com

ATTORNEYS FOR YORJAN PEREZ VALDES, Y & E ENERGY SERVICES, LLC, AND ALPINE TRANSPORTATION INSURANCE RISK RETENTION GROUP, LLC

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic services are being served with a copy of the Court's CM/ECF system per Local Rule CV-5(a)(3) on this **15th** day of **August 2022**. Any other counsel of record will be served by other options which have been checked below:

/s/ Mark A. Perkins
Mark A. Perkins, #18529